```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21193
   MAMIE L FENNER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4357


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 11/12/2007 and was not confirmed.

    The case was dismissed without confirmation 03/19/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------

FREMONT INVESTMENT & LOA CURRENT MORTG        .00             .00            .00
FREMONT INVESTMENT & LOA MORTGAGE ARRE        .00             .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED         8150.68            .00            .00
ARTIC HEATING & AIR COND SECURED           1000.00            .00            .00
CITY OF CHICAGO WATER DE SECURED            586.00            .00            .00
COMED                    UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED         9909.12            .00            .00
COMED                    UNSECURED       NOT FILED            .00            .00
COMED                    UNSECURED       NOT FILED            .00            .00
PROGRESSIV MANAGEMENT SY UNSECURED        NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,481.50                       736.00
TOM VAUGHN               TRUSTEE                                           64.00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              800.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   736.00
TRUSTEE COMPENSATION                              64.00
DEBTOR REFUND                                       .00
                   --------------          --------------
TOTALS               800.00                      800.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 21193 MAMIE L FENNER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```